## UNITED STATES BANKRUPTCY COURT
## Western District of Michigan

In re: **Deidre Rose Uhl**
**Shaun Orlo Kristopher Uhl**           ,
Debtor(s).
                                        /

Case No.
Chapter 13
Hon.
Filed:  ,

## FIRST POST-CONFIRMATION AMENDED CHAPTER 13 PLAN

**II. FUNDING**

  **A. PLAN PAYMENT**  The Debtor(s) shall make payments in the amount of $ **2,320.96**  per ☐ week, ☐ bi-weekly, ☐ semi-monthly, ☑ monthly, and/or ☐ Other (see Additional Plan Payment Provisions) for the minimum of the ACP.

The Plan remains unchanged in all respects not in conflict with this amendment.

Date:  **July 14, 2021**          /s/ Deidre Rose Uhl
                                  **Deidre Rose Uhl**          , Debtor

Date:  **July 14, 2021**          /s/ Shaun Orlo Kristopher Uhl
                                  **Shaun Orlo Kristopher Uhl**  , Debtor

Date:  **July 14, 2021**          /s/ Jeffrey D. Mapes
                                  **Jeffrey D. Mapes P70509**   , Counsel for the Debtor(s)